Jonathan Marc Davidoff, Esq.
Admitted in Florida and New York

Glen A. Kendall, Esq.
Admitted in Connecticut and New York



Aaron R. Resnick, Esq.
Admitted in Florida, of Counsel

Derek A. Schwartz, Esq.
Admitted in Florida, of Counsel

# MEMO ENDORSED

21 December 2017

Hon. Kimba M. Wood, United States District Judge

Re: USA v. Igor Fainshtein, et al., 1:15-mg-00527-UA

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/9/18
```

Dear Judge Wood:

This Firm represents Defendant Igor Fainshtein (the "Defendant") in the above referenced matter. This will be the Defendant's last letter on this matter, as the Defendant does not want to burden the Court with back-and-forth with the Government on this issue.

In all of the Government's submissions on this issue, the Government has failed to specify one basis for its objection to early termination of Mr. Fainshtein's supervised release. The Government does a great job stating the law, conceding that Mr. Fainshtein is eligible for early termination. The Government also concedes that Mr. Fainshtein has been in full compliance with all of his conditions and did not violate his supervision at any time. Additionally, the Government, albeit in a grudgingly manner, admits that Mr. Fainshtein paid his fines, restitution, and forfeiture amounts, which most defendants do not accomplish! And, finally, the Government concedes that it provides no reason for this Court not to grant early termination, other than the fact that he has yet to complete half of the supervised release, even though he has been supervised for this offense for almost three years since he was initially taken into custody.

If this is not the case when supervised release should be early terminated, when would it be? A compliant offender, who took responsibility for his actions, and then complied and successfully completed every condition of his release should reap the benefit of early termination! For all of the reasons that Mr. Fainshtein provided in his previous submissions, and for the fact that the Government concedes that there are no grounds to support the Government's objection (and if there was the Government would detail such basis for its objection and it has not), this Court should enter an order and early terminate Mr. Fainshtein's supervised release.

This Firm thanks Your Honor for your time and consideration of the instant request.

Respectfully submitted,
/JMD/
Jonathan Marc Davidoff, Esq.

*The Court adheres to its previous denial of this motion*

1-8-18
SO ORDERED, N.Y., N.Y.

KIMBA M. WOOD
U.S.D.J.

**Davidoff Law Firm, P.L.L.C.**

228 East 45th Street
Suite 1700
New York, NY 10017
Tel: 212-587-5971
Fax: 212-658-9852

www.DavidoffLawFirm.com

100 North Biscayne Blvd.
Suite 1607
Miami, FL 33132
Tel: 305-673-5933
Fax: 305-718-0647